**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **FALCO ERMERT,**<br><br>Plaintiff,<br>v.<br><br>**CITY LIFESTYLE, LLC,**<br><u>Serve at:</u> Reg. Agt. Matthew Perry<br>514 W 26th St<br>Kansas City, MO 64108-2473<br><br>Defendant. | Case No. 4:26-cv-1043<br><br>**JURY TRIAL DEMANDED** |

**<u>COMPLAINT FOR COPYRIGHT INFRINGEMENT</u>**
**(INJUNCTIVE RELIEF DEMANDED)**

COMES NOW Plaintiff Falco Ermert, by and through his undersigned counsel, brings this Complaint against Defendant City Lifestyle, LLC for damages and injunctive relief, and in support thereof states as follows:

## <u>SUMMARY OF THE ACTION</u>

1. Plaintiff Falco Ermert ("Ermert") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Ermert's original copyrighted Work of authorship.

2. Dronepicr is the pseudonym of Falco Ermert (*1982), a German journalist and photographer. He was born in Siegen, Germany. He studied political science and physical education at the University of Cologne graduating in 2009 with a degree. During his studies he worked as a photographer in the field of reportage and events. Now based in Cologne he continues to work for magazines, he photographs personal projects, conducts workshops and works for the company Plaghunter (www.plaghunter.com).

3. Defendant City Lifestyle, LLC ("City Lifestyle") is a Missouri limited liability company headquartered in Kansas City, Missouri, and is engaged in the business of publishing community lifestyle magazines and providing advertising and marketing services.. At all times relevant herein, City Lifestyle owned and operated the internet website located at the URL https://citylifestyle.com/ (the "Website").

4. Ermert alleges that City Lifestyle copied Ermert's copyrighted Work from the internet in order to advertise, market and promote its business activities. City Lifestyle committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the City Lifestyle's business.

**JURISDICTION AND VENUE**

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. City Lifestyle is subject to personal jurisdiction in Missouri.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, City Lifestyle engaged in infringement in this district, City Lifestyle resides in this district, and City Lifestyle is subject to personal jurisdiction in this district.

**DEFENDANT**

9. City Lifestyle, LLC is a Missouri Limited Liability Company, with its principal place of business at 514 W 26th Street, Suite 1S, Kansas City, MO, 64108 - 2439, and can be served by serving its Registered Agent, Matthew Perry, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2015, Ermert created the photograph entitled "Mexiko_Belize_755," which is shown below and referred to herein as the "Work."



11. Ermert's Work is protected by copyright but is not otherwise proprietary, or trade secrets. The perspective, orientation, positioning, lighting, and other details of the Work are entirely original and creative. As such, the Work qualifies as subject matter protectable under the Copyright Act.

12. Ermert registered the Work with the Register of Copyrights on December 05, 2016 as part of a group registration. The Group Registration was assigned registration number VA 2-024-778. The Certificate of Registration is attached hereto as **Exhibit 1**.

13. At all relevant times Ermert was the exclusive owner of the copyrighted Work.

**INFRINGEMENT BY CITY LIFESTYLE**

14. City Lifestyle has never been licensed to use the Work for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, City Lifestyle copied the Work.

16. Within three years of filing this action, Ermert learned of the unauthorized use of his Work on the Website.

17. City Lifestyle copied Ermert's copyrighted Work without Ermert's permission.

18. After City Lifestyle copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its publishing business.

19. City Lifestyle copied and distributed Ermert's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20. City Lifestyle committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

21. Ermert never gave City Lifestyle permission or authority to copy, distribute or display the Work for any purpose.

22. Ermert notified City Lifestyle of the allegations set forth herein on November 10, 2025, and December 19, 2025. To date, the parties have failed to resolve this matter.

**COUNT I**
**COPYRIGHT INFRINGEMENT**

23. Ermert incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Ermert owns a valid copyright in the Work.

25. Ermert registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. City Lifestyle copied, displayed, and distributed the Work and made derivatives of the Work without Ermert's authorization in violation of 17 U.S.C. § 501.

27. City Lifestyle performed the acts alleged in the course and scope of its business activities.

28. Defendant's acts were willful.

29. Ermert has been damaged.

30. The harm caused to Ermert has been irreparable.

WHEREFORE, the Plaintiff FALCO ERMERT prays for judgment against the Defendant CITY LIFESTYLE, LLC that:

a. City Lifestyle and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. City Lifestyle be required to pay Ermert his actual damages and Defendant's profits attributable to the infringement, or, at Ermert's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Ermert be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Ermert be awarded pre- and post-judgment interest; and

e. Ermert be awarded such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Ermert hereby demands a trial by jury of all issues so triable.

Dated: November 10, 2026

Respectfully submitted,

**VOYTAS LAW, LLC**

By: /s/ Richard A. Voytas, Jr.

Richard A. Voytas, Jr. #52046
7321 S. Lindbergh Blvd., Ste. 400
Saint Louis, MO 63125
Phone: (314) 380-3166
Email: rick@voytaslaw.com

*Attorney for Plaintiff*